| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Owen, Richard | 2. Court or Organization U.S. District Court S. Dist NY | 3. Date of Report 5-18-10 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Dist Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/09 - 12/31/09 |
| 7. Chambers or Office Address U.S. District Court 500 Pearl Street, Rm 2240 NY NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Manhattan School of Music |
| 2. | Pres. & Board Member | NY Lyric Opera Co. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2010 JUN -9 P 1:51 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 6 | Name of Person Reporting<br><br>*Richard Owen* | Date of Report<br><br>*5-18-10* |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | *2009* | *Music Royalties, ASCAP* | *$270.63* |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | *2009* | *Opera & Concert Singer; faculty member* |
| 2. | | *Manhattan School of Music; asst professor* |
| 3. | | *Barnard / Columbia Univ. in Voice* |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Include those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD OWEN | 5/18/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5-18-10 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcatel Lucent ADR | ● | NONE | J | T | | | | | |
| 2. AT&T | A | DIV | J | T | | | | | |
| 3. Blackrock Internation | A | DIV | K | T | Buy | 10-9-09 | K | | |
| 4. Consolidated Edison | A | Dw | K | T | | | | | |
| 5. Dow Chemical | A | DIV | J | T | | | | | |
| 6. Fifth Third Bancorp | A | DIV | J | T | | | | | |
| 7. Heinz & Co | A | DIV | J | T | | | | | |
| 8. Hanesbrand | ● | None | J | T | | | | | |
| 9. Hershey Co. | A | DIV | J | T | | | | | |
| 10. Home Depot | A | DIV | K | T | | | | | |
| 11. Intel | A | DIV | K | T | | | | | |
| 12. Interpublic | | None | K | T | | | | | |
| 13. Johnson & Johnson | A | DIV | J | T | | | | | |
| 14. Kimberly Clark | A | DIV | J | T | | | | | |
| 15. Lazard Emerging | A | DIV | K | T | Buy | 10-5-09 | | | |
| 16. LSI Corp. | | None | J | T | | | | | |
| 17. Marsh & McClennan Co | A | DIV | J | T | | | | | |

1. Income Gain Codes:   A –$1,000 or less    B.=$1,001 - $2,500    C =$2,501 - $5,000    D –$5,001 - $15,000    E –$15,001 - $50,000
(See Columns B1 and D4)   F –$50,001 - $100,000    G –$100,001 - $1,000,000    H1 –$1,000,001 - $5,000,000    H2 –More than $5,000,000
2. Value Codes    J –$15,000 or less    K –$15,001 - $50,000    L –$50,001 - $100,000    M –$100,001 - $250,000
(See Columns C1 and D3)   N –$250,001 - $500,000    O –$500,001 - $1,000,000    P1 –$1,000,001 - $5,000,000    P2 –$5,000,001 - $25,000,000
P3 –$25,000,001 - $50,000,000    P4 –More than $50,000,000
3. Value Method Codes   Q –Appraisal    R –Cost (Real Estate Only)    S –Assessment    T –Cash Market
(See Column C2)   U –Book Value    V –Other    W –Estimated

# FINANCIAL DISCLOSURE REPORT
Page 5 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5-18-10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola | | None | J | T | | | | | |
| 2. Motors Liquidation | | None | J | T | | | | | |
| 3. New World Brands | | None | J | T | | | | | |
| 4. Procter & Gamble | C | Div | M | T | | | | | |
| 5. NY Times A | | None | J | T | | | | | |
| 6. Nuveen Tradewinds | A | Div | L | T | Buy | 10-4-09 | L | | |
| 7. Sara Lee Corp | A | Div | J | T | | | | | |
| 8. Southern Co | A | Div | J | T | | | | | |
| 9. US Bancorp | A | Div | J | T | | | | | |
| 10. Wilmington Trust | A | Div | J | T | | | | | |
| 11. Corning NYC School Bond 4% 11-15-11 | A | Int | K | T | | | | | |
| 12. Hilton CSD NY Bond 3.75-6-15-13 | A | Int | K | T | | | | | |
| 13. LI Power 5.5% 4/24 | C | Int | L | T | Buy | 7-17-09 | L | | |
| 14. NY NY SerC 5.25/3/12 | B | Int | K | T | | | | | |
| 15. NY NY 4.75% 8/25 | B | Int | K | T | Buy | 6-25-0 | K | | |
| 16. NY Local Govt 5% 4/18 | A | Int | K | T | Buy | 10-9-9 | K | | |
| 17. NYC Trans 5% 5/13 | B | Int | K | T | Buy | 7-27-9 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

**FINANCIAL DISCLOSURE REPORT**
Page 6 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5-18-10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NY Dorm 5.25% 2/20 | C | Int | L | T | Buy | 6-26-9 | L | | |
| 2. NY Twy 3.75% 4/12 | A | Int | J | T | | | | | |
| 3. Oyster Bay 3.75 9/14 | A | Int | J | T | Buy | 10-9-9 | J | | |
| 4. Rye Brook 3.375 4/13 | A | Int | J | T | | | | | |
| 5. South Huntington 3.6% 5/11 | A | Int | J | T | | | | | |
| 6. Suffolk 3.625% 12/14 | A | Int | J | T | | | | | |
| 7. Tobacco Settl. 5.5% 6/19 | D | Int | L | T | Buy | 10-9-9 | L | | |
| 8. Tobacco Settl. 5% 6/12 | A | Int | K | T | Buy | 10-9-9 | K | | |
| 9. West Babylon FSD 4% 7/14 | A | Int | J | F | | | | | |
| 10. White Plains 4.15% 6/18 | A | Int | K | T | Buy | 10-9-9 | K | | |
| 11. New York NY 5% 7/13 | A | Int | J | T | | | | | |
| 12. NYC Water Fin 4.75% 6/12 | B | Int | K | T | Redemption | 12-15-09 | K | A | |
| 13. NYC GO 5.25% 8/9 | A | Int | | | Redemption | 8-13-6 | J | A | |
| 14. FHLB 6.5% 11/9 | A | Int | | | Redemption | 11-13-7 | K | A | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

**FINANCIAL DISCLOSURE REPORT**
Page 5 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD OWEN | 5/18/10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| | |

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 6 | Name of Person Reporting<br><br>RICHARD OWEN | Date of Report<br><br>5/18/10 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544